No. 75–811. SUPERIOR COURT OF THE DISTRICT OF COLUMBIA ET AL. *v.* PALMORE ET AL.; and SWAIN, REFORMATORY SUPERINTENDENT *v.* PRESSLEY. C. A. D. C. Cir. [Certiorari granted, 424 U. S. 907.] Motion of the Solicitor General to vacate and remand judgment in *Superior Court of the District of Columbia* v. *Palmore* granted and cause remanded for further consideration in light of *Stone* v. *Powell,* 428 U. S. 465 (1976). Remainder of case shall remain on docket of this Court and is now captioned *Swain, Reformatory Superintendent* v. *Pressley.*

No. 75–1153. ABOOD ET AL. *v.* DETROIT BOARD OF EDUCATION ET AL. Appeal from Ct. App. Mich. [Probable jurisdiction noted, 425 U. S. 949.] Motion of American Federation of Labor & Congress of Industrial Organizations et al. for leave to file a brief as *amici curiae* denied.

No. 75–1262. UNITED STATES ET AL. *v.* COUNTY OF FRESNO; and UNITED STATES ET AL. *v.* COUNTY OF TUOLUMNE. Appeal from Ct. App. Cal., 5th App. Dist. [Probable jurisdiction noted, 425 U. S. 970.] Motion of appellees for divided argument granted.

No. 75–1264. INTERNATIONAL UNION OF ELECTRICAL RADIO & MACHINE WORKERS, AFL–CIO, LOCAL 790 *v.* ROBBINS & MYERS, INC., ET AL.; and
No. 75–1276. GUY *v.* ROBBINS & MYERS, INC., ET AL. C. A. 6th Cir. [Certiorari granted, 425 U. S. 950.] Motion of petitioners for divided argument granted.

No. 75–1397. JUIDICE ET AL., JUDGES *v.* VAIL ET AL. Appeal from D. C. S. D. N. Y. [Probable jurisdiction noted, 426 U. S. 946.] Motion of New York State Consumer Protection Board for leave to present oral argument as *amicus curiae* denied.

No. 76–229. ALPHIN ET AL *v.* HENSON ET AL. C. A. 4th Cir. Motion to defer consideration granted.